ORegan\_\_

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Case No. 6:24-CV-00042-AA MC
(to be filled in by the Clerk's Office)

Johnn P C Murray
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jury Trial: (check one) [✓] Yes   [ ] No

Black Rose Auto
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Johnnie C Murray
Address: 450 OR-99
Eugene, OR 97402
City, State, Zip Code

County:
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Black Rose Auto. & Accts.
Job or Title (if known): Auto Shop & Detailing
Address: 3436 Olympic St.
Springfield, OR 97478
City, State, Zip Code

County: Lane
Telephone Number: 541-344-0115 / 541 835-8612
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Trusten
Job or Title (if known): owner
Address: 3436 Olympic St.
Springfield, OR 97478
City, State, Zip Code

County: Lane
Telephone Number: 541-835-8617 / 541-344-0115
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title (if known)
    Address

                                                    City            State           Zip Code

    County
    Telephone Number
    E-Mail Address (if known)

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name
    Job or Title (if known)
    Address

                                                    City            State           Zip Code

    County
    Telephone Number
    E-Mail Address (if known)

    [ ] Individual capacity    [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

     [ ] Federal officials (a *Bivens* claim)

     [✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    fair labor act.
    8th amendment.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

lane County.

B. What date and approximate time did the events giving rise to your claim(s) occur?

10. 2022 / 12. 2022.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The owner of the shop keep my tools. All my propertys.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

lose of wages, life, family, ect
Son put up for Adoption.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monutery. 1,000000

Punatio. 5,000000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1.6.2024

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff _[handwritten]_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

| City | State | Zip Code |

Telephone Number _____
E-mail Address _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF _____

Johnny C. Murray
_____
Petitioner

and

Black Rose Auto
_____
Respondent

Case No: 6:24-CV-00042-AA  MC

**CERTIFICATE OF SERVICE**
(ORCP 7D(2))
☐ (a) Personal Service
☐ (b) Substitute Service
☐ (c) Office Service
☑ (d) Service by Mail

I, (name) Johnny C Murray , declare that I am a resident of the state of
_____. I am a competent person 18 years of age or older. I am not a
party to or lawyer in this case, and not the employee of a party. I certify that the person served is
the person named below. I served true copies of the original (check all that apply):
☑ Petition and Summons
☐ Information about mediation
☐ Notice of Confidential Information Form (CIF) Filing
☐ Notice of Statutory Restraining Order Preventing Dissipation of Assets
☐ Order to Show Cause re: Modification with Motion and Declaration
☐ Information about continuing insurance coverage (COBRA)
☐ Uniform Support Declaration
☐ Other information provided by the court clerk (name all forms or documents served) ___

☐ Other (name all forms or documents served)_____

*by (check a, b, c, or d and complete all information):*
   (a) ☐ **Personal Service** on (date)_____, at _____ a.m./p.m., to
{☐ Petitioner ☐ Respondent} (name)_____in person at the
following address _____ in the
County of _____, State of _____.

   (b) ☐ **Substitute Service** on (date)_____, at _____ a.m./p.m., by
delivering them to the following address _____
in the County of _____, State of _____. Delivered to (name)_____
_____, who is a person age 14 or older and who lives there.
*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(b). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

   ☐ On (date)_____, I personally deposited a true copy of the same
documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage
paid, addressed to the party to be served: ☐ Petitioner ☐ Respondent (name)_____

Certificate of Service (Family Case)
Page 1 of 2                                                                  (Aug 2019)

_____, at the party's home address listed above, together with a statement of the date, time and place that the documents were hand-delivered to the party's dwelling (residence).

    (c) ☐ **Office Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the office of the party to be served, located at: *(address)* _____
_____, during normal working hours for that office, where I left the documents with *(name)* _____, who is a person apparently in charge, to give the documents to the party to be served.
*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(c). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

    ☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Petitioner ☐ Respondent *(name)* _____
_____, at the party's: ☐ home address at: _____
_____, **OR** ☐ business address above, together with a statement of the date, time and place that the documents were hand-delivered to the party's office.

    (d) ☒ **Service by Mail, Return Receipt Requested** on *(date)*_____,
I personally deposited **two** true copies with the U.S. Postal Service. **One** by first class mail, and the **other** by certified or registered mail, Return Receipt Requested, or by express mail, postage paid, addressed to the party to be served: ☐ Petitioner ☐ Respondent
_____ *(name)*, at the party's home address located at:_____
_____ *(address)*. *(NOTE: If mailed Return Receipt Requested, the return receipt must be attached to this Certificate of Service.)*

---

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

| | |
|---|---|
| 1. 8. 2024 | _____ |
| Date | Signature of Server |
| | _____ |
| | Print Name |

*If person serving is NOT a sheriff or sheriff's deputy, address and phone number of server:*

_____

_____

Certificate of Service (Family Case)
Page 2 of 2                                                                  (Aug 2019)